Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00452-CR

____________

 

MARCUS DIXON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

Harris County, Texas

Trial Court Cause No. 1165680

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was indicted in this cause for possession of a controlled substance.  On
November 17, 2008, the State filed a motion to dismiss, noting that the case
had been refiled in cause number 1190713.  The trial court granted the motion
to dismiss on November 18, 2008.  Appellant filed a notice of appeal on
December 15, 2008, attempting to appeal the trial court=s order dismissing the indictment.








The
rules provide that a criminal defendant has the right to appeal a judgment of
guilt or other appealable order.  Tex.
R. App. P. 25.2(a)(2).  By statute, the State is permitted to appeal an
order dismissing an indictment, but this right is not extended to the
defendant.  See Tex. Code Crim.
Proc. Ann. art. 44.01(a)(1) (Vernon Supp. 2008).  Thus, the order
dismissing the indictment in this cause is not an appealable order.

The appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Anderson, Guzman, and
Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b).